[No. 3815–1.  Division One.  July 11, 1977.]

ROOSEVELT McDANIEL, *Appellant,* v. THE CITY OF SEATTLE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 780565, Frank J. Eberharter, J., entered April 15, 1975. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 3449–1.  Division One.  July 11, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS P. SREGZINSKI, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 68763, William C. Goodloe, J., entered November 6, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 1719–2.  Division Two.  July 13, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH HARTNELL, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 59613, John H. Kirkwood, J., entered January 7, 1975. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrie, C.J., and Pearson, J.